AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.<br><br>*Plaintiff(s)*<br>v.<br>JOEL OHMAN and<br>360 QUOTE LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:16cv917 24 MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joel Ohman
807 DeBuel Road
Lutz, Florida 33594

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert D. Zebro, Esq.
Donald H. Crawford, Esq.
Cope, Zebro & Crawford, P.L.
14020 Roosevelt Blvd., Suite 802
Clearwater, Florida 33762

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 18 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*